IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALLACE T. PREITZ, II, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALLIED PILOTS ASSOCIATION, | : | No: |
| | : | |
| Defendant. | : | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§1441 and 1446, Defendant Allied Pilots Association, hereby file this Notice of Removal from the Court of Common Pleas of Bucks County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania. The grounds for removal are as follows:

1. The instant action was commenced by the filing of a Praecipe for Summons, by Plaintiff Wallace T. Preitz II, *pro se*, in the Court of Common Pleas of Bucks County, Pennsylvania, on August 29, 2016. A copy of the Praecipe for Summons is attached hereto as Exhibit "A."

2. Defendant Allied Pilots Association ("APA") received a copy of the Praecipe for Summons on November 22, 2016.

3. APA timely filed a Notice of Removal with this Court (Docket No. 2:16-cv-06530-LLD) (ECF No. 1).

4. On February 1, 2017, this Court remanded the matter to the Court of Common Pleas of Bucks County for Lack of Jurisdiction. (ECF No. 3).

5. On March 15, 2017, Plaintiff served the Complaint on the undersigned, alleging violations of a certain Collective Bargaining Agreement, breach of the duty of fair representation under the Railway Labor Act, 45 U.S.C. § 151 and the Civil Enforcement of Union Bill of Rights, 29 U.S.C. 411-412, among other claims. A copy of the Complaint is attached hereto as Exhibit "B."

6. The instant Notice of Removal is filed within thirty (30) days of receipt of the Plaintiff's Complaint in accordance with 28 U.S.C. § 1446(b).

7. As both the Railway Labor Act and the Civil Enforcement of Union Bill of Rights are federal statutes, this Court has original jurisdiction over such claims and this action may be removed pursuant to 28 U.S.C. §§ 1441 and 1446.

8. Venue is proper in this Court because the Court of Common Pleas of Bucks County, Pennsylvania, lies within the jurisdictional boundaries of the Eastern District of Pennsylvania.

9. Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action shall be promptly served upon Plaintiff and a Notice of Filing will be filed with the Prothonotary of the Court of Common Pleas of Bucks County, Pennsylvania. A true and accurate copy of the proposed Notice of Filing of Notice of Removal is attached hereto as Exhibit "C."

WHEREFORE, Defendant Allied Pilots Association hereby removes the above-captioned action from the Court of Common Pleas of Bucks County, Pennsylvania, and requests that all further proceedings be conducted in this Court as provided by law.

Respectfully submitted,

GORDON & REES LLP

_____
Alexander Nemiroff [Pa Bar. No. 92250]
One Commerce Square
2005 Market Street, Suite 2900
Philadelphia, Pennsylvania  19103
(267) 602-2040
*Attorneys for Allied Pilots Association*

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2017, I filed the foregoing NOTICE OF REMOVAL with the Clerk of the District Court for the Eastern District of Pennsylvania and have served the same upon Plaintiff by Certified and Regular Mail as follows:

Wallace T. Preitz, II
120 Suffield Court
Chalfont, Pennsylvania 18914

Alexander Nemiroff
[Pa Bar. No. 92250]