# EXHIBIT A

APA LEGAL DEPT.
RECEIVED NOV 22 2016

DELIVERED ON: 11|22
TIME: 8:40 am
BY: db
PROFESSIONAL COURT SERVICES

# IN THE COURT OF COMMON PLEAS OF BUCKS COUNTY, PENNSYLVANIA

## CIVIL DIVISION

Plaintiff(s) & Address(es):
WALLACE T. PREITZ II
120 SUFFIELD CT.
CHALFONT, PA 18914

File No. ____

Case #: 2016-05391  B09   11305460
Code: 0   Judge: 32
Patricia L. Bachtle, Bucks County Prothonotary
Rcpt: 2016-22-02598  8/29/2016 3:02:44 PM

vs.

Civil Action - ____

Defendant(s) & Address(es):
ALLIED PILOTS ASSOCIATION
14600 TRINITY BLVD, SUITE 500
FORT WORTH, TX 76155-2512

### PRAECIPE FOR SUMMONS

TO THE PROTHONOTARY/CLERK OF SAID COURT:

Issue summons in BREACH OF DUTY OF FAIR REPRESENTATION, UNDER THE RAILWAY LABOR ACT ("RLA"), 45 U.S.C. § 151 (1976) et seq in the above case. (LMRDA)- CIVIL ENFORCEMENT OF UNION BILL OF RIGHTS, 29 U.S.C. 411-412.

____ Writ of Summons shall be issued and forwarded to Attorney/Sheriff.

Date: 29 AUG 2016

Signature of ~~Attorney~~ PLAINTIFF PRO SE
Print Name: WALLACE T. PREITZ II
Address: 120 SUFFIELD CT
CHALFONT, PA 18914
Telephone: 215-796-2499
Supreme Court ID No.: N/A

\* \* \* \* \*

### SUMMONS IN CIVIL ACTION

TO: ALLIED PILOTS ASSOCATION

YOU ARE NOTIFIED THAT THE ABOVE-NAMED PLAINTIFF(S) HAS/HAVE COMMENCED AN ACTION AGAINST YOU.

PATRICIA L. BACHTLE,
PROTHONOTARY

Date: AUG 29 2016          by: Siobhan M. LaLena
                                              Deputy

SEAL
OF THE
COURT