# EXHIBIT C

IN THE COURT OF COMMON PLEAS OF BUCKS COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| WALLACE T. PREITZ, II, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| ALLIED PILOTS ASSOCIATION, | : | No: 2016-05391-B09 |
| Defendant. | : | |

**NOTICE OF FILING NOTICE OF REMOVAL**

NOW COMES Defendant Allied Pilots Association, by and through its undersigned counsel, and gives Notice of Filing of Notice of Removal to the United States District Court for the Eastern District of Pennsylvania. A copy of the Notice of Removal filed with the United States District Court for the Eastern District of Pennsylvania is attached hereto as **Exhibit A**.

Respectfully submitted,

GORDON & REES LLP

s/ Alexander Nemiroff
Alexander Nemiroff [Pa Bar. No. 92250]
One Commerce Square
2005 Market Street, Suite 2900
Philadelphia, Pennsylvania 19103
(267) 602-2040
*Attorneys for Allied Pilots Association*

Dated:

**IN THE COURT OF COMMON PLEAS OF BUCKS COUNTY, PENNSYLVANIA**

| | | |
|---|---|---|
| WALLACE T. PREITZ, II, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALLIED PILOTS ASSOCIATION, | : | No: 2016-05391-B09 |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on _____, I filed the foregoing NOTICE OF FILING OF NOTICE OF REMOVAL with the Bucks County Prothonotary and have served the same by depositing a copy thereof in a postage prepaid envelope under the exclusive care and custody of the United States Post Office Department, properly addressed to Plaintiff as follows:

Wallace T. Preitz, II
120 Suffield Court
Chalfont, Pennsylvania 18914

s/ Alexander Nemiroff
Alexander Nemiroff
[Pa Bar. No. 92250]