IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALLACE T. PREITZ, II,<br><br>    *Plaintiff*,<br><br>v.<br><br>ALLIED PILOTS ASSOCIATION,<br><br>    *Defendant*. | Civil Action<br><br>No. 17-cv-1166 |

### ORDER

**AND NOW**, this 28th day of February, 2023, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 109), Plaintiff's Motion for Summary Judgment (ECF No. 118), and the responses and replies thereto, and for the reasons set out in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Defendant's Motion for Summary Judgment (ECF No. 109) is **GRANTED**.
2. Plaintiff's Motion for Summary Judgment (ECF No. 118) is **DENIED**.
3. **JUDGMENT** is entered in favor of Defendant and against Plaintiff.
4. The Clerk of Court shall close this case.

        **BY THE COURT:**

        */s/ Mitchell S. Goldberg*
        **MITCHELL S. GOLDBERG, J.**